# Exhibit C







