DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant
Michael Gerard Tyson

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE FYFFE, | ) |
| | ) CASE NO. 2:25-cv-1457 JCM-MDC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) STIPULATION TO EXTEND TIME TO |
| MICHAEL GERARD TYSON, | ) RESPOND TO COMPLAINT |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW, Plaintiff Tyrone Fyffe by and through his counsel Scott Zarin, Esq., of the law offices of Zarin & Associates, and Defendant Michael Gerard Tyson, by and through his counsel David Z. Chesnoff & Richard A. Schonfeld, of the law offices of Chesnoff & Schonfeld, and hereby stipulate as follows:

1. Michael Tyson was serve with the Summons and Complaint on August 25, 2025;

2. Michael Tyson's current deadline to respond to the Complaint, whether by Answer or Motion under FRCP 12, is currently scheduled for September 15, 2025;

3. The Parties have stipulated that the deadline to respond to the Complaint, whether by Answer or Motion under FRCP 12, will be extended to September 29, 2025, as counsel for the Defendant was recently engaged and needs additional time to investigate and analyze the Complaint;

4. This request for extension is sought in good faith and is not made for the purpose of delay.

Dated this 10th day of September, 2025.

Respectfully Submitted:

CHESNOFF & SCHONFELD                                    ZARIN & ASSOCIATES


__/s/ Richard A. Schonfeld_____                        __/s/ Scott Zarin_____
DAVID Z. CHESNOFF, ESQ.                                 SCOTT ZARIN, ESQ.
RICHARD A. SCHONFELD, ESQ.                              1178 Broadway, 3rd Floor
520 S. 4th Street                                       New York, NY 10001
Las Vegas, Nevada 89101                                 Attorney for Plaintiff
Attorneys for Defendant                                 Tyrone Fyffe
Michael Gerard Tyson

**ORDER**

Based upon the Stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED, that the deadline for Defendant Michael Gerard Tyson to respond to the Complaint, whether by Answer or Motion under FRCP 12, is extended so that the new deadline is September 29, 2025.

IT IS SO ORDERED.

Dated this ____ day of September, 2025.

_____
MAXIMILIANO D. COUVILLIER, III
U.S. MAGISTRATE JUDGE