Scott Zarin
NY Bar No. 2823961
*Admitted Pro Hac Vice*
Zarin & Associates LLC
1178 Broadway, 3rd Floor
New York, NY 10001
Telephone: 212-580-3131
scottzarin@copyrightrademarkcounsel.com

LAWRENCE & LAWRENCE LAW, PLLC
Nathan E. Lawrence, NBN 15060
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com

*Attorneys for Plaintiff Tyrone Fyffe*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE FYFFE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GERARD TYSON, an individual,<br><br>Defendant. | Case No.: 2:25-CV-01457<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record for all parties who have appeared in this action, that, pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice with each party bearing their own attorneys' fees

///

and costs.

DATED this 18th day of September, 2025.

ZARIN & ASSOCIATES LLC

*Scott Zarin*

Scott Zarin, Esq.
NY Bar No. 2823961
*Admitted Pro Hac Vice*
1178 Broadway, 3rd Floor
New York, NY 10001
Telephone: 212-580-3131
scottzarin@copyrighttrademarkcounsel.com

LAWRENCE & LAWRENCE LAW, PLLC
Nathan E. Lawrence, NBN 15060
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
nathan@law2esq.com
*Attorneys for Plaintiff Tyrone Fyffe*

CHESNOFF & SCHONFELD

Richard Schonfeld, Esq.
David Chesnoff, Esq.
520 South 4th Street
Las Vegas, Nevada 89101
Telephone: 702-384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
*Attorneys for Defendant Michael Gerard Tyson*

SO ORDERED September 23, 2025.

James C. Mahan
Senior U.S. District Judge